The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERMINIO BARRAGAN MENDOZA, *et al.*,<br><br>Defendants. | No. CR08-5125 BHS<br><br>ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT ADRIAN PEREZ GARCIA |

THIS MATTER comes before the Court upon motion of Mr. Perez Garcia's co-counsel of record in this case, Kristine Costello, to grant leave to withdraw as counsel of record. Having considered the entirety of the records and file herein, the Court rules as follows:

GOOD CAUSE HAVING BEEN SHOWN, the motion is granted. The clerk is hereby directed to remove Ms. Costello as counsel of record in this case. Mr. Black shall remain as counsel of record.

DATED this 7th day of July, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT ADRIAN PEREZ GARCIA (No. CR08-5125 BHS) - 1

LAW OFFICES OF
COSTELLO & BLACK, P.S.
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA 98104
(206) 749-5020

1 | Presented by:

2 | COSTELLO & BLACK, P.S.

3

4 | s/ Kristine A. Costello
Attorney for Adrian Perez-Garcia
Costello & Black, P.S.
5 | 1000 Second Ave, Suite 1780
Seattle, WA 98104
6 | Telephone: (206) 749-5020
Fax: (206) 749-5074
7 | E-mail: kcostello@costello-black.com

ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT ADRIAN PEREZ GARCIA (No. CR08-5125 BHS) - 2

LAW OFFICES OF
COSTELLO & BLACK, P.S.
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA 98104
(206) 749-5020